IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>In his Official Capacity as Secretary, )<br>DEPARTMENT OF THE NAVY )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06CV02102 (RJL) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE TO COMPLAINT**

In accordance with Fed. R. Civ. P. 6(b), defendant, by undersigned counsel, hereby moves to extend the deadline for responding to the Complaint in the above-captioned matter. A response in this matter is currently due 60 days after service or February 16, 2007. Counsel for defendant will be out of town February 5-15 for a Department of Justice training course. Defendant therefore respectfully requests that the deadline for responding to Plaintiff's Complaint be extended until March 19, 2007. Counsel for defendant contacted plaintiff's counsel, and he agreed to this extension.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

        VINCENT M. GARVEY
        Deputy Branch Director


        **/s/ Kathryn L. Wyer**
        Kathryn L. Wyer (Utah Bar)
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        <u>Mailing Address</u>
        P.O. Box 883
        Washington, D.C. 20529
        <u>Delivery Address</u>
        20 Massachusetts Ave. NW, Room 7220
        Washington, D.C. 20001
        Telephone: (202) 616-8475
        Fax: (202) 616-8202
        Email: Kathryn.Wyer@usdoj.gov

Dated February 2, 2007        <u>Attorneys for Defendant</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, | ) |
| Plaintiff, | ) Civil Action No. 1:06CV02102 (RJL) |
| v. | ) |
| DONALD C. WINTER,<br>In his Official Capacity as Secretary,<br>DEPARTMENT OF THE NAVY | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon consideration of the Unopposed Motion for an extension of time in which to respond to the Complaint in the above-captioned matter, it is hereby ORDERED, that the motion for an extension of time is GRANTED; And it is further ORDERED, that defendant shall file his Response to the Complaint on or before March 19, 2007.

Dated: _____                                    _____
                                                     Richard J. Leon
                                                     U.S. DISTRICT JUDGE