UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD C. WINTER<br>In his Official Capacity as Secretary,<br>DEPARTMENT OF THE NAVY,<br><br>    Defendant. | Civil Action No. 06-02102 (RJL) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

    Defendant hereby files with this notice an administrative record related to the above captioned case. Due to the size of this record it will be filed in hard copy with the Clerk's Office for the United States District Court for the District of Columbia on March 20, 2007. Courtesy copies of this record will be provided to plaintiff's attorney and the Court. The administrative record is the record of the plaintiff's initial application and subsequent petitions for reconsideration to the Board for Correction of Naval Records.

Dated March 19, 2007          Respectfully submitted,

                                       PETER D. KEISLER
                                       Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

**/s/ Kathryn L. Wyer**
KATHRYN L. WYER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7218
Washington, D.C.  20001
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*