UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rev. GEORGE P. BYRUM, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06cv02102 (RJL) |
| | ) | |
| DONALD C. WINTER | ) | |
| Secretary of the Navy, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Leon |

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION TO DISMISS
AND CROSS-MOVE FOR SUMMARY JUDGMENT

Plaintiff respectfully moves for an extension until April 27, 2007 in which to respond to defendant's Motion to Dismiss and cross-move for summary judgment. The following information is provided in accordance with ¶ 6 of the Case Management Order:

a. The only extension of time thus far in this case has been a motion by the Secretary for further time in which to respond to the complaint;

b. This extension is necessary because plaintiff's lead counsel has been fully occupied with other matters since the Secretary's motion was filed, and will be out of the country for a general court-martial in Korea beginning on Tuesday, April 3, 2007. Lead counsel is not scheduled to return to the United States until April 14, 2007. In addition, the case involves a voluminous administrative record. Granting the present consent motion will have no effect on any previously scheduled deadline, as there are none. In this connection we note that this is an action for review on an

administrative record. In accordance with footnote 1 of the Case Management Order, we respectfully note on behalf of both parties that the case is exempt under LCvR 16.3(b)(1) and will be resolved through dispositive motions.

c. Since plaintiff intends to file a consolidated opposition to the Secretary's motion and cross-motion for summary judgment, the parties have agreed that the Secretary will have 30 days in which to respond to Rev. Byrum's cross-motion, and Rev. Byrum will have 14 days in which to file his reply.

d. We are authorized to state that opposing counsel consents to this motion.

A proposed Order is submitted herewith.

Respectfully submitted,

/s/
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com
mfreedus@feldesmantucker.com

*Attorneys for Plaintiff*

March 27, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy, )<br>)<br>*Defendant*. ) | Civil Action No. 06cv02102 (RJL) |

ORDER

On consideration of plaintiff's consent motion for extension of time in which to respond to defendant's motion to dismiss and cross-move for summary judgment, it is, by the Court, this ____ day of _____, 2007,

ORDERED that the said consent motion time be, and the same hereby is, GRANTED. Plaintiff shall have until April 27, 2007 in which to file his consolidated opposition to defendant's motion to dismiss and cross-motion for summary judgment; defendant shall have 30 days in which to respond to plaintiff's cross-motion; and plaintiff shall have 14 days in which to reply.

United States District Judge