UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM,  )<br> )<br>  Plaintiff,  )<br> )<br>  v.  )<br> )<br>DONALD C. WINTER  )<br>In his Official Capacity as Secretary,  )<br>DEPARTMENT OF THE NAVY,  )<br> )<br>  Defendant.  )<br> ) | Civil Action No. 06-02102 (RJL) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME**

In response to Plaintiff's Consent Motion for Extension of Time, Defendant affirms that he has no objection to the Plaintiff's proposed extension for purposes of responding to Defendant's Motion to Dismiss, or to the proposed briefing schedule as it relates to the Motion to Dismiss. Plaintiff has also indicated an intention to file a motion for summary judgment, which Defendant has come to understand may address the constitutionality of a Navy policy no longer in effect. With respect to the briefing schedule, Defendant notes that any motion by Plaintiff for summary judgment addressing the merits of Plaintiff's claim would be subject to a motion by Defendant to stay summary judgment proceedings pending the Court's resolution of the jurisdictional issues raised in Defendant's Motion to Dismiss.

Dated: April 16, 2007                     Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

**/s/ Kathryn L. Wyer**
KATHRYN L. WYER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7218
Washington, D.C. 20001
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*