UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 06cv02102 (RJL) |
| ) | |
| DONALD C. WINTER ) | |
| Secretary of the Navy, ) | |
| ) | |
| *Defendant*. ) | Judge Leon |

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE
TO CONSENT MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION TO DISMISS
AND CROSS-MOVE FOR SUMMARY JUDGMENT

On March 27, 2007, plaintiff filed a consent motion for an extension until April 27, 2007 in which to file a consolidated opposition to defendant's Motion to Dismiss and cross-motion for summary judgment. Yesterday, notwithstanding the unmistakable terms of the consent motion, defendant's counsel telephoned to inquire if we intended to brief more than the motion to dismiss. Believing that there is no need for separate briefing of that motion and summary judgment, we confirmed that we indeed intend to file a consolidated opposition and cross-motion and would resist any effort to hold summary judgment briefing in abeyance. Later in the day, defendant filed a nine-days-late "response" to the consent motion, seemingly to ensure that his earlier consent will not prevent him from asking to adopt a wait-and-see attitude before having to brief summary judgment.

The Secretary's concern is both unfounded and premature. We do not believe he waived the right to ask the Court to defer his response to the summary judgment portion of our planned consolidated filing by agreeing to the briefing schedule. Whether the Court should allow him to do so is obviously a bridge that need not be crossed until that filing has occurred. Only then will the Court (and, for that matter, the Secretary) be in a position to gauge whether the interests of justice and judicial economy are best served by postponing the Secretary's part of the summary judgment briefing.[*]

Respectfully submitted,

/s/
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com
mfreedus@feldesmantucker.com

*Attorneys for Plaintiff*

April 17, 2007

---

[*] Such a postponement may lead to the needless expense and delay that comes of piecemeal litigation. That is precisely what has happened in another Navy case where, a dismissal sought by the Secretary having been overturned by the Court of Appeals, *Piersall v. Winter*, 435 F.3d 315 (D.C. Cir. 2006), another Judge of this Court is still awaiting the Secretary's response to a January 15, *2004* cross-motion for summary judgment. Here, in contrast to *Piersall, id.* at 325, the Secretary has already filed the administrative record so there is no practical reason not to brief the whole case at once.