IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rev. GEORGE P. BYRUM, | ) | |
| Plaintiff, | ) | Civil Action No. 1:06CV02102 (RJL) |
| v. | ) | |
| DONALD C. WINTER, In his Official Capacity as Secretary, DEPARTMENT OF THE NAVY | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

In accordance with Fed. R. Civ. P. 6(b), defendant, by undersigned counsel, hereby moves to extend the deadline for responding to plaintiff's motion for summary judgment in the above-captioned matter. Pursuant to the Court's Order of January 8, 2008, and Fed. R. Civ. P. 6(a), defendant's opposition is currently due on January 23, 2008. The agency counsel at the Navy who is assigned to this case will be out of town on vacation through the end of next week. In addition, undersigned counsel has a brief in another matter due on January 22, 2008. In order that undersigned counsel be able to confer with assigned agency counsel and prepare a thorough response to plaintiff's motion, defendant therefore respectfully requests that the deadline for filing defendant's opposition be extended until February 8, 2008. Plaintiff's counsel has consented to the proposed extension and new deadline.

January 10, 2008                    Respectfully submitted,

                                    JEFFREY S. BUCHOLTZ

Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

 /s/ **Kathryn L. Wyer**
Kathryn L. Wyer (Utah Bar)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C.  20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06CV02102 (RJL) |
| ) | |
| v. ) | |
| ) | |
| DONALD C. WINTER, ) | |
| In his Official Capacity as Secretary, ) | |
| DEPARTMENT OF THE NAVY ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File Response To Plaintiff's Motion For Summary Judgment, it is hereby ORDERED, that the motion for an extension is GRANTED. Defendant shall file his opposition to plaintiff's motion for summary judgment on or before February 8, 2008.

 

_____
The Honorable Richard J. Leon
United States District Judge