IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06CV02102 (RJL) |
| ) | |
| ) | |
| v. ) | |
| ) | |
| DONALD C. WINTER, ) | |
| In his Official Capacity as Secretary, ) | |
| DEPARTMENT OF THE NAVY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER

In accordance with Fed. R. Civ. P. 6(b), defendant, by undersigned counsel, hereby moves to extend the deadline for filing an answer in the above-captioned matter. Pursuant to Fed. R. Civ. P. 12(a)(4)(A) and 6(a), defendant's answer is currently due on January 23, 2008. Plaintiff's motion for summary judgment remains pending before the Court, and defendant's response to that motion is currently due on February 8, 2008. Defendant plans to file a cross-motion for summary judgment at that time. The administrative record has been filed (dkt. # 6), and the answer is not necessary to the Court's resolution of the parties' motions. Not filing an answer at this time will not cause prejudice to plaintiff or cause undue delay. Accordingly, defendant respectfully requests that the deadline for filing an answer be extended until 10 days after the Court issues a decision on the parties' cross-motions. Undersigned counsel has conferred with counsel for plaintiff, who has indicated his consent to this extension.

January 23, 2008                                    Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

 /s/ **Kathryn L. Wyer**
Kathryn L. Wyer (Utah Bar)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C.  20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rev. GEORGE P. BYRUM,                    )
                                          )
                    Plaintiff,            )       Civil Action No. 1:06CV02102 (RJL)
                                          )
                                          )
          v.                              )
                                          )
DONALD C. WINTER,                         )
In his Official Capacity as Secretary,    )
DEPARTMENT OF THE NAVY                     )
                                          )
                    Defendant.            )
                                          )


**[Proposed] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File an

Answer, it is hereby ORDERED, that the motion for an extension is GRANTED.  It is further

ORDERED that defendant's Answer will be due on or before 10 days following the Court's

resolution of the parties' cross-motions for summary judgment.


                                          _____
                                          The Honorable Richard J. Leon
                                          United States District Judge