IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM,<br><br>      Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>In his Official Capacity as Secretary,<br>DEPARTMENT OF THE NAVY<br><br>      Defendant. | Civil Action No. 1:06CV02102 (RJL) |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

     In accordance with Fed. R. Civ. P. 6(b), defendant, by undersigned counsel, hereby moves to extend the deadline for responding to plaintiff's motion for summary judgment in the above-captioned matter.  Pursuant to this Court's order of January 16, 2008, defendant's opposition is currently due on February 8, 2008. Undersigned counsel has been notified of a temporary restraining order and preliminary injunction in another case to which she is assigned in the Southern District of California, the response to which is now due on February 12, and which may require undersigned counsel to travel in the near future to San Diego.  Due to this and other competing litigation commitments, defendant respectfully requests that the deadline for filing defendant's opposition be extended until February 22, 2008.  Plaintiff's counsel has consented to the proposed extension and new deadline.

February 7, 2008                                  Respectfully submitted,

                                                            JEFFREY S. BUCHOLTZ

        Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

 /s/ **Kathryn L. Wyer**
Kathryn L. Wyer (Utah Bar)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C.  20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rev. GEORGE P. BYRUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06CV02102 (RJL) |
| ) | |
| v. ) | |
| ) | |
| DONALD C. WINTER, ) | |
| In his Official Capacity as Secretary, ) | |
| DEPARTMENT OF THE NAVY ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File Response To Plaintiff's Motion For Summary Judgment, it is hereby ORDERED, that the motion for an extension is GRANTED.  Defendant shall file his opposition to plaintiff's motion for summary judgment on or before February 22, 2008.

_____
The Honorable Richard J. Leon
United States District Judge