CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE P. BYRUM | ) | |
| | ) | |
| Plaintiff | ) | Civil Case Number 06-2102 |
| | ) | |
| | ) | Category   C |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>March 11, 2008</u>  from <u>Judge Richard J .Leon</u>   to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(By consent, Judge Urbina has related Case CA 06-1696)

ELLEN S. HUVELLE<br>
Chair, Calendar and Case<br>
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
      <u>Judge Leon</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee